UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL DEV MANCHANDA,<br><br>       Plaintiff,<br><br>  -against-<br><br>ATTORNEY GRIEVANCE COMMITTEE 1ST DEPARTMENT; NYS SUPREME COURT APPELLATE DIVISION 1ST DEPARTMENT,<br><br>       Defendants. | 25-cv-3935 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 16, 2025, order, this action is dismissed without prejudice for Plaintiff's failure to comply with the February 5, 2024 order.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 16, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge