UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHUL DEV MANCHANDA,
                Plaintiff,

-v-

ATTORNEY GRIEVANCE
COMMITTEE 1ST DEP'T, et al.,
                Defendants.

25-CV-3935 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was reassigned on June 9, 2025. It was previously dismissed for failure to comply with the filing injunction issued in *Manchanda v. Walsh*, No. 23-CV-7637, 2024 WL 455204, at *8 (S.D.N.Y. Feb. 5, 2024). (ECF No. 13.) Though Defendants have yet to appear, they filed a letter through counsel apprising the Court of the injunction and arguing that the complaint contains wholly meritless claims. (*See* ECF No. 18.) Plaintiff Manchanda, a lawyer proceeding *pro se*, has since filed additional letters purporting to comply with the injunction. (*See* ECF Nos. 29, 30, 35.)

    The Court invites Defendants to file a letter by July 9, 2025 stating their position on whether Manchanda has now complied with the filing injunction, including whether the claims asserted in this case are different than those asserted in his prior cases.

    Defendants also may file an appearance through counsel on ECF for the limited purpose of receiving notice of filings in this case and without prejudice to the assertion of any substantive or procedural defenses.

    SO ORDERED.

Dated: June 25, 2025
       New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge